UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-09599-RGK (Ex) | Date | July 6, 2012 |
|---|---|---|---|
| Title | DEBRA A. HALL v. ANTELOPE VALLEY HOSPITAL, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

The Order issued on June 22, 2012 at docket entry 41 was issued in error and is hereby revoked nunc pro tunc.

The plaintiff dismissed defendants Kaiser Foundation Health Plan, Inc.; Aldo Palmieri, MD; Christine Cambridge, MD; and Alexander Chokler, MD on June 20, 2012.

The case in this Court remains active as to defendants Antelope Valley Hospital and Anne Marie Reising.

Defendant Antelope Valley Hospital's Motion to Strike Portions of Complaint and/or Dismiss (DE 30) remains under submission for determination by the Court.

Plaintiff is hereby ordered to show cause in writing on or before July 20, 2012 why this action should not be dismissed for lack of prosecution as to defendant Anne Marie Reising. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |