JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. HALL,<br><br>　　　　　Plaintiff(s),<br><br>VS.<br><br>ANTELOPE VALLEY HOSPITAL, et al.,<br><br>　　　　　Defendant(s). | Case No. CV 11-09599-RGK (Ex)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

　　　On July 6, 2012, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff's response was due on or before July 20, 2012. As of today's date, no response has been filed, therefore, the case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: 08·22·12

　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE